# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JOHN HENRY RUSSEY, JR.
ADC #114693                                                                          PLAINTIFF

v.                              No. 3:25-cv-152-DPM

BROWN, Lieutenant, North Central Unit,
ADC; MESHIA BRANDON, Sergeant,
North Central Unit, ADC; THOMAS W.
HURST, Warden, North Central Unit,
ADC; and WILLIAM F. STRAUGHN,
Deputy Director/Inmate Grievance
Appeals, ADC                                                                        DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion to proceed *in forma pauperis*, *Doc. 1*, denied. Motion for a temporary restraining order, *Doc. 3*, denied as moot. Russey's complaint will be dismissed without prejudice. If he wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 10 October 2025.

-2-

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2025