IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN HENRY RUSSEY, JR.
ADC #114693                                                                PLAINTIFF

v.                           No. 3:25-cv-152-DPM

BROWN, Lieutenant, North Central Unit,
ADC; MESHIA BRANDON, Sergeant,
North Central Unit, ADC; THOMAS W.
HURST, Warden, North Central Unit,
ADC; and WILLIAM F. STRAUGHN,
Deputy Director/Inmate Grievance
Appeals, ADC                                                               DEFENDANTS

## JUDGMENT

Russey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2025